UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRIOUS GATES,<br><br>            Plaintiff,<br><br>    v.<br><br>SUPERIOR LOAN SERVICING,<br><br>            Defendant. | Case No. 3:21-cv-06369-WHO<br><br>**ORDER DENYING APPLICATION FOR A TEMPORARY RESTRAINING ORDER, ADMINISTRATIVELY CLOSING CASE**<br><br>Re: Dkt. Nos. 2, 4 |

Plaintiff's counsel has informed the Court that plaintiff has filed a bankruptcy petition. *See In re Gates*, 4:21-bk-41048 (U.S. Bankruptcy Court for the Northern District of California). Because this case is now subject to an automatic bankruptcy stay, *see* 11 U.S.C. § 362, the application for a temporary restraining order (Dkt. No. 2) is DENIED AS MOOT without prejudice.

The motion to proceed in forma pauperis (Dkt. No. 4) is GRANTED.

The Clerk of the Court shall ADMINISTRATIVELY CLOSE this case. Either party may move to reopen the case once the bankruptcy stay dissolves.

**IT IS SO ORDERED.**

Dated: August 18, 2021

William H. Orrick
United States District Judge