UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRIOUS GATES,<br><br>        Plaintiff,<br><br>    v.<br><br>SUPERIOR LOAN SERVICING,<br><br>        Defendant. | Case No. 21-cv-06369-WHO<br><br>**ORDER TO SHOW CAUSE REGARDING SANCTIONS** |

Stratton Scott Barbee failed to appear on behalf of Tyrious Gates at the Case Management Conference on September 27, 2022, after having filed a separate Case Management Statement late. Mr. Barbee is ORDERED TO SHOW CAUSE why he should not be sanctioned in the amount of $500 for failure to appear. He may expunge this ORDER TO SHOW CAUSE by (1) filing a declaration by October 4, 2022, explaining his failure to attend the Case Management Conference, and (2) appearing at 2 p.m. by videoconference on October 11, 2022, for a Case Management Conference to identify any remaining issues in this case following dissolution of the Preliminary Injunction Order.

**IT IS SO ORDERED.**

Dated: September 27, 2022

William H. Orrick
United States District Judge